UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT BOGUE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Miscellaneous No. 07-0147 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

*Pro se* petitioner filed a motion to quash service of third party administrative summons on April 9, 2007. Accordingly, it is hereby

ORDERED that the respondent, by counsel, shall within 21 days of service of a copy of this Order and the motion to quash file with the Court and serve on the petitioner a statement showing why the motion to quash should not be granted.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 25, 2007

Copies to:   Scott Bogue
             12308 Camberwell Court
             Raleigh, NC 27614

United States Department of Justice
Ben Franklin Station
P.O. Box 227
Washington, DC 20044
Attn: Beatriz T. Saiz