IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT BOGUE, )<br>      Petitioner, ) No. 1:07-cv-147 (PLF)<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>      Respondent. ) | |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:   July 6, 2007

                                              Respectfully submitted,

                                              /s/ Beatriz T. Saiz
                                              BEATRIZ T. SAIZ
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Washington, D.C.  20044
                                              Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on July 6, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

SCOTT BOGUE
12308 Camberwell Court
Raleigh, NC 27614

WORLD SAVINGS BANK
1901 Harrison Street
Oakland, CA 94612

NETBANK
4901 Belfort Road
Suite 160
Jacksonville, FL 32256

SUNTRUST BANK
7474 Chancellor Drive
Orlando, FL 32809

WACHOVIA BANK, NA
Legal Processing
401 Market Street, 11th Floor
Philadelphia, PA 19106

HOMEQ SERVICING CORPORATION
Human Relations Department
4837 Watt Avenue
Suite 200
North Highlands, CA 95660

BANK OF AMERICA, N.A.
1425 NW 62ND Street
Fort Lauderdale, FL 33309

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ