## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SCOTT BOGUE,             )
       Petitioner,       )  No. 1:07-mc-147 (PLF)
             )
      v.                 )
             )
UNITED STATES,        )
             )
       Respondent.     )

### UNITED STATES' MOTION TO DISMISS

RESPONDENT, the United States of America, moves pursuant to Fed. R. Civ. P. 12(b)(1), (2),  and (5) to dismiss plaintiff's petition to quash the summonses at issue in this proceeding.

As grounds for this motion, the United States asserts that the Court lacks subject matter jurisdiction over the summonses issued to World Savings Bank, Netbank, Sun Trust Bank, Wachovia Bank, and Home Service Corporation because the summoned parties are not located or found in this judicial district.  Further, the United States asserts that the Court lacks personal jurisdiction over the United States as petitioner failed to properly serve the United States with the petition to quash.

The specific relief sought by this motion is an order dismissing the petition to quash summonses.  A supporting memorandum of law and proposed order are filed with this motion.

DATED: July 6, 2007.                    Respectfully submitted,

                                        /s/ Beatriz T. Saiz
                                        BEATRIZ T. SAIZ
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Ben Franklin Station
                                        Washington, DC 20044
                                        Phone/Fax: (202) 307-6585/514-6866
                                        Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SCOTT BOGUE,                          )
        Petitioner,         ) No. 1:07-mc-147 (PLF)
                  )
    v.                                 )
                  )
UNITED STATES,                        )
                  )
        Respondent.        )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF UNITED STATES' MOTION TO DISMISS**

This is a miscellaneous civil action in which petitioner seeks to quash 6 internal revenue summonses served upon third-party recordkeepers.1/

QUESTION PRESENTED

Scott Bogue filed a petition seeking to quash 6 administrative summonses issued by the Internal Revenue Service and served upon third-party recordkeepers.2/  The summonses were issued to third-party recordkeepers located and found outside of the District of Columbia.   Does this Court have subject matter jurisdiction over the summonses issued to third-party recordkeepers located and found outside of this judicial district?

_____

1/ In his petition to quash, plaintiff alludes to exhibits and declarations.  These documents were not filed with the Court.  Further, the United States is not in possession of these documents.

2/ Plaintiff refers to 5 administrative summonses in his petition to quash, but lists Bank of America in his certificate of service.  The Internal Revenue Service issued an administrative summons to Bank of America, thus there were 6 summonses.  (Ex. 6.)

ARGUMENT

THE 6 SUMMONSES ISSUED TO THIRD-PARTY RECORDKEEPERS
LOCATED OUTSIDE THIS JUDICIAL DISTRICT
CANNOT BE QUASHED IN THIS JUDICIAL DISTRICT

The Internal Revenue Service issued administrative summonses to World Savings Bank (located in Oakland, California), Netbank (located in Jacksonville, Florida), Sun Trust Bank (located in Orlando, Florida), Wachovia Bank (located in Philadelphia, Pennsylvania), HomeQ Service Corporation (located in North Highlands, California), and Bank of America (Fort Lauderdale, Florida) seeking documents related to the petitioner. (Pet. p. 1; Exs. 1-6.) These summonses cannot be quashed in this judicial district. Petitions to quash such summonses must be filed in the judicial districts in which the summoned parties are located. 26 U.S.C. § 7609(h)(1); Kondik v. United States, 922 F.Supp. 54, 55 (N.D. Ohio 1995), aff'd, 81 F.3d 655 (6th Cir. 1996); Beck v. United States, 2002 WL 31274016, *1, 90 A.F.T.R.2d (RIA) 6473, 2002-2 U.S. Tax Cas. (CCH) ¶ 50,679 (E.D. Ky. 2002), aff'd, 60 Fed.Appx. 551 (6th Cir. 2003); Deal v. United States, 759 F.2d 442 (5th Cir. 1985). For this reason, the petition to quash the summonses issued to World Savings Bank, Netbank, Sun Trust Bank, Wachovia Bank, HomeQ Service Corporation, and Bank of America can be filed only in the judicial districts in which the summonsed parties are located. Conversely, the summonses to these 6 third-party recordkeepers cannot be quashed in this judicial district.

The Court Lacks Personal Jurisdiction over the United States

In order to effect proper service on the United States a party must (1) deliver a copy of the summons and complaint to the United States attorney for the district in

-2-

which the action is brought, or send a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney; and (2) send a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and (3) send a copy of the summons and complaint by registered or certified mail to the officer, employee and/or agency of the United States whose order is being challenged. See Fed. R. Civ. P. 4(i); Relf v. Gasch, 511 F.2d 804 (D.C. Cir. 1975); Hodge v. Rostker, 501 F. Supp. 332, 332 (D.D.C. 1980). Service of a summons and complaint in the manner provided by Fed. R. Civ. P. 4 is both mandatory and jurisdictional. See Moncrief v. Stone, 961 F.2d 595 (6th Cir. 1992) (dismissing suit for failing to serve United States Attorney).

In this case, the petitioner has failed to obtain a summons from the Court. Thus, petitioner has not served the United States with a copy of the summons and complaint. Petitioner has also failed to serve the United States Attorney's Office with a copy of the petition to quash. Only the Attorney General was served with a copy of the petition albeit without a summons. Since plaintiff has failed to properly serve the United States, petitioner's petition to quash should be dismissed for insufficiency of service of process pursuant to Fed. R. Civ. P. 12(b)(5).

In addition, this Court does not have personal jurisdiction over the United States, because the United States has not been properly served. The Court acquires personal jurisdiction over a defendant only if the defendant is properly served. Omni Capital

International, Ltd. v. Rudolf Wolff & Co., Ltd., 484 U.S. 97, 104 (1987); see also United

Electrical, Radio & Machine Workers of America v. 163 Pleasant Street Corp., 960 F.2d

1080, 1085 (1st Cir. 1992) ("[T]hough personal jurisdiction and service of process are

distinguishable, they are inextricably intertwined, since service of process constitutes

the vehicle by which the court obtains jurisdiction." (citing Lorelei Corp. v. County of

Guadalupe, 940 F.2d 717, 719 (1st Cir. 1991)); Amen v. Dearborn, 532 F.2d 554, 557 (6th

Cir. 1976) ("Axiomatically, due process requires proper service of process in order to

obtain in personam jurisdiction [].").  Since the petitioner has not properly served the

United States, the Court lacks personal jurisdiction and should dismiss the petition to

quash pursuant to Fed. R. Civ. P. 12(b)(2).

CONCLUSION

The Court should dismiss the petition to quash the administrative summonses.

DATED: July 6, 2007.              Respectfully submitted,

                                  /s/ Beatriz T. Saiz
                                  BEATRIZ T. SAIZ
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P.O. Box 227
                                  Ben Franklin Station
                                  Washington, DC 20044
                                  Phone/Fax: (202) 307-6585/514-6866
                                  Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT BOGUE,                          )
                    Petitioner,       )   No. 1:07-mc-147 (PLF)
                                      )
        v.                            )
                                      )
UNITED STATES,                        )
                                      )
                    Respondent.       )

### DECLARATION OF BEATRIZ T. SAIZ

I, Beatriz T. Saiz, pursuant to 28 U.S.C. Section 1746 do hereby declare as follows:

1.      I am employed as a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2.      As part of my duties as a trial attorney with the Tax Division, I have been assigned litigation responsibility for the above-captioned civil action.

3.      Attached hereto as Exhibits 1 through 6 are true and correct copies of summonses issued to the third parties seeking documents related to the petitioner that I retrieved from the IRS's administrative file.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on : July 6, 2007

                                          BEATRIZ T. SAIZ



# Summons

In the matter of  Scott R. Bogue, aka Scott Renny Bogue, Sr., and Arlene J. Bogue
Internal Revenue Service (Division):  Small Business Self Employed
Industry/Area (name or number):  South Atlantic Examination Area

Periods:  Calendar Year Ended December 31, 2004

## The Commissioner of Internal Revenue

**To:**  Mike Roster

**At:**  World Savings Bank, 1901 Harrison Street, Oakland, CA  94612

You are hereby summoned and required to appear before  Kathy Grimaldi, Revenue Agent, ID 56-688019
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

LOAN RECORDS including applications, financial statements, tax returns submitted, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records showing the date, amount and method of repayment, checks used to repay loans , records of any liens, loan correspondence files, and internal bank memoranda.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons.  A cover letter is required which outlines the information and records provided.

---

**Do not write in this space**

GOVERNMENT
EXHIBIT
1

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609        919-850-1183

**Place and time for appearance at**    Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609

## IRS

on the    23rd    day of    March    , 2007 (year)  at    9:00    o'clock    a.    m.

Issued under authority of the Internal Revenue Code this    26th    day of    February    , 2007 (year)

Department of the Treasury
**Internal Revenue Service**

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____
Signature of issuing officer                        Title

_____
Signature of approving officer (if applicable)            Title

**Original** — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| February 26, 2007 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
World Savings Bank, 1901 Harrison Street, Oakland, CA 94612

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: February 26, 2007          Time: _____

Name of Noticee: Scott R. Bogue and Arlene J. Bogue

Address of Noticee (if mailed): 12308 Camberwell Court, Raleigh, NC 27614

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | |

Form **2039** (Rev. 12-2001)



# Summons

In the matter of  Scott R. Bogue and Arlene J. Bogue

Internal Revenue Service (Division):  Small Business Self Employed

Industry/Area (name or number):  South Atlantic Examination Area

Periods: Calendar Year Ended December 31, 2004

## The Commissioner of Internal Revenue

**To:** Kathyrn Henthorn

**At:** Netbank, 4901Belfort Road, Suite 160, Jacksonville, FL  32256

You are hereby summoned and required to appear before    Kathy Grimaldi, Revenue Agent, ID 56-688019
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

LOAN RECORDS including applications, financial statements, tax returns submitted, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records showing the date, amount and method of repayment, checks used to repay loans , records of any liens, loan correspondence files, and internal bank memoranda.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons.  A cover letter is required which outlines the information and records provided.

### Do not write in this space

GOVERNMENT
EXHIBIT
2

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609    919-850-1183

**Place and time for appearance at**   Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609

**IRS**

on the    23rd    day of    March    2007    at    9:00    o'clock    a.    m.
_(year)_

Issued under authority of the Internal Revenue Code this   26th   day of    February    ,    2007
_(year)_

Department of the Treasury
**Internal Revenue Service**

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____        _____
Signature of issuing officer                              Title

_____        _____
Signature of approving officer _(if applicable)_              Title

**Original** — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| February 26, 2007 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
   Netbank, 4901 Belfort Road, Suite 160, Jacksonville, FL 32256

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: February 26, 2007          Time: _____

Name of Noticee: Scott R. Bogue and Arlene J. Bogue

Address of Noticee (if mailed): 12308 Camberwell Court, Raleigh, NC 27614

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | |

Form **2039** (Rev. 12-2001)



# Summons

In the matter of _Scott R. Bogue, aka Scott R. Bogue, Sr., and Arlene J. Bogue_

Internal Revenue Service (Division): _Small Business Self Employed_

Industry/Area (name or number): _South Atlantic Examination Area_

Periods: _Calendar Year Ended December 31, 2004_

## The Commissioner of Internal Revenue

To: _Richard McDonald, Subpoena Coordinator, FL-ORL-6201_

At: _Suntrust Bank, 7474 Chancellor Drive, Orlando, FL 32809_

You are hereby summoned and required to appear before _Kathy Grimaldi, Revenue Agent, ID 56-688019_
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

LOAN RECORDS including applications, financial statements, tax returns submitted, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records showing the date, amount and method of repayment, checks used to repay loans , records of any liens, loan correspondence files, and internal bank memoranda.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

---

**Do not write in this space**

GOVERNMENT
EXHIBIT
3

---

**Business address and telephone number of IRS officer before whom you are to appear:**

_Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC 27609    919-850-1183_

**Place and time for appearance at** _Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC 27609_

## IRS

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___23rd___ day of ___March___ ___2007___ at ___9:00___ o'clock ___a.___ m.
_(year)_

Issued under authority of the Internal Revenue Code this ___26th___ day of ___February___, ___2007___
_(year)_

_____    _____
Signature of issuing officer                Title

_____    _____
Signature of approving officer _(if applicable)_          Title

**Original** — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| February 26, 2007 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address _____
Suntrust Bank, 7474 Chancellor Drive, Orlando, FL  32809

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

4  This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection; to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: February 26, 2007          Time: _____

Name of Noticee: Scott R. Bogue and Arlene J. Bogue

Address of Noticee (if mailed): 12308 Camberwell Court, Raleigh, NC  27614

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | |

Form **2039** (Rev. 12-2001)



# Summons

In the matter of  Scott R. Bogue, aka Scott R. Bogue, Sr.,  and Arlene J. Bogue

Internal Revenue Service (Division):  Small Business Self Employed

Industry/Area (name or number):  South Atlantic Examination Area

Periods: Calendar Year Ended December 31, 2004

## The Commissioner of Internal Revenue

**To:** Margaret Rich

**At:** Wachovia Bank, N.A., Legal Order Processing, 401 Market Street, 11th Floor (PA4292), Philadelphia, PA  19106

You are hereby summoned and required to appear before    Kathy Grimaldi, Revenue Agent, ID 56-688019
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached.

**Do not write in this space**



**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609      919-850-1183

**Place and time for appearance at**   Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609

# IRS

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___23rd___ day of ___March___ ___2007___ at ___9:00___ o'clock ___a,___ m.

Issued under authority of the Internal Revenue Code this ___26th___ (year) day of ___February___ ___2007___ (year)

_____     _____
Signature of issuing officer                                        Title

_____     _____
Signature of approving officer *(if applicable)*                    Title

**Original — to be kept by IRS**



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| February 26, 2007 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
Wachovia Bank, N.A., Legal Order Processing, 401 Market Street, 11th Floor (PA4292), Philadelphia

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: February 26, 2007          Time: _____

Name of Noticee: Scott R. Bogue and Arlene J. Bogue

Address of Noticee (if mailed): 12308 Camberwell Court, Raleigh, NC 27614

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | |

Form **2039** (Rev. 12-2001)



# Summons

In the matter of  Scott R. Bogue and Arlene J. Bogue

Internal Revenue Service (Division):  Small Business Self Employed

Industry/Area (name or number):  South Atlantic Examination Area

Periods: Calendar Year Ended December 31, 2004

## The Commissioner of Internal Revenue

To:  Shauner McClinton

At:  HomeQ Servicing Corporation, Consumer Relations Department, 4837 Watt Avenue , Suite 200, North Highlands, CA 95660

You are hereby summoned and required to appear before    Kathy Grimaldi, Revenue Agent, ID 56-688019
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

LOAN RECORDS including applications, financial statements, tax returns submitted, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records showing the date, amount and method of repayment, checks used to repay loans , records of any liens, loan correspondence files, and internal bank memoranda.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons.  A cover letter is required which outlines the information and records provided.

_____

**Do not write in this space**

GOVERNMENT EXHIBIT 5

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609        919-850-1183

**Place and time for appearance at**    Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609

# IRS

on the    23rd    day of    March    2007  at    9:00    o'clock    a.   m.
*(year)*

Issued under authority of the Internal Revenue Code this  26th  day of   February    2007
*(year)*

Department of the Treasury
**Internal Revenue Service**

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____    _____
Signature of issuing officer              Title

_____    _____
Signature of approving officer *(if applicable)*    Title

**Original** — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| February 26, 2007 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
HomeQ Servicing Corporation, Consumer Relations Department, 4837 Watt Avenue , Suite 200, Nort

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: February 26, 2007          Time: _____

Name of Noticee: Scott R. Bogue and Arlene J. Bogue

Address of Noticee (if mailed): 12308 Camberwell Court, Raleigh, NC 27614

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | |

Form **2039** (Rev. 12-2001)



# Summons

In the matter of  Scott R. Bogue, aka Scott R. Bogue, Sr.,  and Arlene J. Bogue

Internal Revenue Service (Division):  Small Business Self Employed

Industry/Area (name or number):  South Atlantic Examination Area

Periods: Calendar Year Ended December 31, 2004

## The Commissioner of Internal Revenue

**To:**  Joy  Wimberly

**At:**  Bank of America N.A., FL6-0010211, 1425 NW 62nd Street, Ft. Lauderdale, FL  33309

You are hereby summoned and required to appear before  Kathy Grimaldi, Revenue Agent, ID 56-688019
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached.

**Do not write in this space**



**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, 4405 Bland Road, Suite 100, Raleigh, NC  27609      919-850-1183

**Place and time for appearance at**  Internal Revenue Service,  4405 Bland Road, Suite 100, Raleigh, NC, 27609

# IRS

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the     23rd     day of     March     2007     at     9:00     o'clock   a.   m.
                                              *(year)*
Issued under authority of the Internal Revenue Code this   26th   day of     February     ,     2007
                                                                                                *(year)*

_____          _____
Signature of issuing officer                              Title

_____          _____
Signature of approving officer *(if applicable)*            Title

**Original** — to be kept by IRS



# Service of Summons, Notice
# and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| February 26, 2007 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
Bank of America N.A., FL6-0010211, 1425 NW 62nd Street, Ft. Lauderdale, FL 33309

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: February 26, 2007            Time: _____

Name of Noticee: Scott R. Bogue and Arlene J. Bogue

Address of Noticee (if mailed): 12308 Camberwell Court, Raleigh, NC 27614

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | |

Form **2039** (Rev. 12-2001)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT BOGUE,                              )
              Petitioner,          )  No. 1:07-mc-147 (PLF)
                               )
        v.                           )
                               )
UNITED STATES,                            )
                               )
              Respondent.         )

## ORDER

Having considered the United States' motion to dismiss plaintiff's petition to quash with respect to the summonses issued to World Savings Bank, Netbank, Sun Trust Bank, Wachovia Bank NA, HomeQ Service Corporation, and Bank of America together with the memorandum in support thereof, and having further considered petitioner's opposition thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2007,

ORDERED that the United States' motion to dismiss plaintiff's petition to quash with respect to the summonses issued to World Savings Bank, Netbank, Sun Trust Bank, Wachovia Bank NA, HomeQ Service Corporation, and Bank of America, be and is GRANTED;

ORDERED that the petition to quash summonses be and is DISMISSED with respect to the summonses issued to World Savings Bank, Netbank, Sun Trust Bank, Wachovia Bank NA, Home Service Corporation, and Bank of America; and it is further

ORDERED that the Clerk shall transmit conformed copies of this order to the

representatives of the parties and the summoned parties listed below.

_____
UNITED STATES DISTRICT JUDGE


COPIES TO:

SCOTT BOGUE                              BEATRIZ T. SAIZ
12308 Camberwell Court                   Trial Attorney, Tax Division
Raleigh, NC 27614                        U.S. Department of Justice
                                         Post Office Box 227
WORLD SAVINGS BANK                       Washington, DC  20044
1901 Harrison Street
Oakland, CA 94612

NETBANK
4901 Belfort Road
Suite 160
Jacksonville, FL 32256

SUNTRUST BANK
7474 Chancellor Drive
Orlando, FL 32809

WACHOVIA BANK, NA
Legal Processing
401 Market Street, 11th Floor
Philadelphia, PA 19106

HOMEQ SERVICING CORPORATION
Human Relations Department
4837 Watt Avenue
Suite 200
North Highlands, CA 95660

BANK OF AMERICA, N.A.
1425 NW 62ND Street
Fort Lauderdale, FL 33309

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCOTT BOGUE, | ) | |
| Petitioner, | ) | No. 1:07-mc-147 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS,

supporting MEMORANDUM, DECLARATION OF BEATRIZ T. SAIZ, EXHIBITS 1-6,

and proposed ORDER were served upon the following individual(s) on July 6, 2007, by

sending a copy by First Class mail, postage prepaid, addressed as follows:

SCOTT BOGUE
12308 Camberwell Court
Raleigh, NC 27614

WORLD SAVINGS BANK
1901 Harrison Street
Oakland, CA 94612

NETBANK
4901 Belfort Road
Suite 160
Jacksonville, FL 32256

SUNTRUST BANK
7474 Chancellor Drive
Orlando, FL 32809

WACHOVIA BANK, NA
Legal Processing
401 Market Street, 11th Floor
Philadelphia, PA 19106

HOMEQ SERVICING CORPORATION
Human Relations Department
4837 Watt Avenue
Suite 200
North Highlands, CA 95660

BANK OF AMERICA, N.A.
1425 NW 62ND Street
Fort Lauderdale, FL 33309


/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ