UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SCOTT BOGUE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Miscellaneous No. 07-0147 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

This matter is before the Court on respondent's motion to dismiss. Petitioner is proceeding *pro se* in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise petitioner that he must respond to respondent's motion to dismiss **within fourteen days of the issuance of this Order – by July 25, 2007**. If petitioner does not respond, the Court will treat the motion as conceded and dismiss the petition.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 9, 2007